UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


Jackson Jallah                                    Civil 09-3588 PAM/JJK

                    Plaintiff,                    **ORDER OF DISMISSAL**

v.

Lofsrom Law Firm, LLC

                    Defendant.

-------------------------------------------------------------------------------------


    It appearing from the files and records that the case has been dormant since the date

of filing,

    Now therefore, Sua Sponte because of lack of prosecution the case is **DISMISSED.**

    Provided that, the Court will retain jurisdiction for ten days from the date hereof to

afford plaintiff the opportunity, if so advised to move to vacate this Order of Dismissal.

Dated: April ___20___, 2010

                              s/ Paul A. Magnuson
                              Paul A. Magnuson**,** Judge
                              United States District Court