# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jackson Jallah, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 09-CV-3588 PAM/JJK |
| v. | ) |
| | ) |
| Lofstrom Law Firm, LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER FOR DISMISSAL

Based upon the Notice of Voluntary Dismissal with Prejudice, Civil Docket number 3, filed by Plaintiff on October 12, 2010, and upon all the files, records and proceedings herein,

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

BY THE COURT:

Dated: October 8, 2010

s/Paul A. Magnuson
The Honorable Paul A. Magnuson
Judge of United States District Court